MORGAN, LEWIS & BOCKIUS LLP
Gurinder S. Grewal, Bar No. 277975
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
gurinder.grewal@morganlewis.com

Attorneys for Defendant
AMTRAK COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMTRAK COMPANY, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00493-JFW-JC<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING CONFERENCE** |

1

JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING CONFERENCE

Morgan, Lewis & Bockius LLP
Attorneys at Law

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiff Healthcare Ally Management of California, LLC ("Plaintiff") and Defendant Amtrak Company ("Defendant") (collectively, the "Parties"), the above-captioned matter has been resolved. The Parties anticipate filing a Stipulation of Dismissal within 60 days. As a result, the Parties respectfully request that the March 6, 2023 Scheduling Conference and associated deadlines be vacated.

| Dated: February 13, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| | By */s/ Gurinder S. Grewal*<br>GURINDER S. GREWAL<br>Attorneys for Defendant<br>Amtrak Company |
| Dated: February 13, 2023 | THE LAW OFFICES OF JONATHAN A. STIEGLITZ |
| | By */s/ Jonathan A. Stieglitz*<br>JONATHAN A. STIEGLITZ<br>Attorneys for Plaintiff<br>Century City Outpatient Surgery Center |

2

JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING CONFERENCE